NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-6001

BRIAN MORRIS,

Petitioner,

v.

OFFICE OF COMPLIANCE,

Respondent.

On petition for review of a decision of the Board of Directors
of the Office of Compliance, 08-ARB-1.

ON MOTION

## O R D E R

Christopher J. Keeven moves for leave to withdraw as counsel for Brian Morris and to substitute Kelly Burchell as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. If Burchell has not already done so, Burchell should promptly enter an appearance.

FOR THE COURT

OCT 1 9 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Christopher J. Keeven, Esq.
Peter A. Eveleth, Esq.
Kelly Burchell, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 9 2009

JAN HORBALY
CLERK